IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YAOVI TINTIN DONOUVO,

     Petitioner,

v.                                                                                   No. 1:26-cv-00192-KG-KK

PAMELA BONDI, et al.,

     Respondents.

ORDER TO SHOW CAUSE

Petitioner Yaovi Tintin Donouvo filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 28, 2026.  Doc. 1.  On February 13, 2026, the Court granted the petition, Doc. 1, and ordered Respondents to provide him with a bond hearing before an Immigration Judge within seven days or release him.  *See* Doc. 7.  The Court also ordered Respondents to file a status report within ten days confirming that they had provided the ordered bond hearing or released Mr. Donouvo.  *Id.* at 5.  That deadline has passed, and Respondents have not filed a status report on the docket.  The Court therefore orders Respondents to show cause, within three business days of this Order, why they have not complied with the Court's prior Order and to inform the Court whether they have provided Mr. Donouvo with a bond hearing or released him.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.